## AFFIDAVIT

Your Affiant, Lyle H. Benally, being duly sworn, hereby depose and state as follows:

1. Your Affiant has been a Special Agent (SA) with the Bureau of Indian Affairs (BIA), United States Department of the Interior for over 1 year, currently assigned to the Ute Mountain Ute Agency, Towaoc, Colorado, and as such, is an investigative or law enforcement officer of the United States within the meaning of section 2510(7) of Title 18, United States Code, that is, an officer of the United States who in empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code, including violations which occur on Indian reservations, also known as Indian Country, within the special Maritime and Territorial Jurisdiction of the United States.
2. Your Affiant had been employed as a law enforcement officer for over 7 years. In the course of his official duties, he is charged with investigation of crimes that occur on the Ute Mountain Ute Indian Reservation within the District of Colorado. In this regard, the following information was developed by your Affiant.
3. Your Affiant set forth only the facts that your Affiant believes are necessary to establish the required foundation for an order authorizing for an arrest warrant for the individual described in paragraph 15, Your Affiant has not included each and every fact known to him concerning the investigation. The facts and circumstances detailed in this affidavit were derived from the BIA law enforcement officers, your Affiant's personal knowledge and/or observation, including witnesses, either directly or indirectly through their reports that are involved in this investigation.
4. On October 25, 2017, at about 2:55 a.m., M.W. (an enrolled Ute Mountain Ute), C.P. (an enrolled Ute Mountain Ute), and C.W. (an enrolled San Ildefonso (Pueblo)) were at their residence located at 1132 Green Cedar Street, Towaoc, Colorado within the exterior boundaries of the Ute Mountain Ute Indian Reservation. The vehicle was LHB
5. A red Sport Utility Vehicle arrived at the residence, occupied by DeShane Wall (an enrolled Ute Mountain Ute, born 04/20/1996), Tamara Wing (an enrolled Ute Mountain Ute born 02/16/1971), Marilysa "Patrice" Knight (an enrolled Ute Mountain Ute born 06/12/1990), Jacalynn Colorow (an enrolled Ute Mountain Ute born 02/27/1974) and Savannah Jacket (an enrolled Ute Mountain Ute born 03/25/1997).
6. Savannah Jacket and DeShane Wall were previously known to M.W. from previous contact.
7. Wall, Wing, Knight and Jacket got out of the vehicle at 1132 Green Cedar Street.
8. Wall hit C.W. with a blunt object on the left side of the face and pushed her down onto the ground. C.W.'s left ear was lacerated and she received injuries to her left hand.

8. Wall hit Cynthia Starflower Watts with a blunt object on the left side of the face and pushed her down onto the ground. Cynthia Starflower Watts left ear was lacerated and she received injuries to her left hand.
9. Pavisook went to help Watts. Wall then struck Pavisook two times in the face, left shoulder, right forearm and in the middle of her back with a blunt object. Pavisook received an injury to her arm attempting to block Wall from striking her. Pavisook estimated she was struck approximately five times.
10. Mahalia Watts also went to help Cynthia Starflower Watts. Wall struck Mahalia Watts twice on the back of the head with a blunt object causing her to fall to her knees. Wall then struck Mahalia on the right side of face near her right ear with a blunt object. Watts received injuries to her arm from being struck as well as abrasions to her knees as she fell to the ground.
11. Following the assaults on Mahalia Watts, Cora Pavisook and Cynthia Starflower Watts, Wall and those who arrived at the residence with him fled the scene.
12. Cora Pavisook received a laceration to the back of the head and contusions on her arms and back. She received 5 staples to repair the laceration to her head. Mahalia Watts received a laceration to the back and top of her head as well as a laceration to her right elbow. Mahalia Watts required two deep stitches and eighteen additional staples to repair the laceration to her head. Mahalia Watts also received six stiches to her right elbow. Cynthia Starflower Watts received a laceration to her left ear, a contusion to her left cheek, a fracture to her left hand and severe bruising to the left side of her neck under her ear. Cynthia Starflower Watts' left ear received stitches at Southwest Memorial Hospital.
13. Cora Pavisook and Mahalia Watts received medical treatment and were released from Southwest Memorial Hospital in Cortez, Colorado. Cynthia Starflower Watts was treated at Southwest Memorial Hospital in Cortez, Colorado and transported to San Juan Regional Medical Center in Farmington, New Mexico for additional medical treatment.
14. Your Affiant submits based on the facts outlined in this affidavit, there is probable cause to believe that a violation of Title 18 United States Code subsection 113(a)(3) to wit assault with a dangerous weapon, and Title 18 United States Code Subsection 113(a)(6) to wit assault resulting in serious bodily injury occurred.
15. By this affidavit, your Affiant requests that the court issue an arrest warrant for DeShane Randy Wall, date of birth 4,20,1996.

Special Agent Lyle Benally, BIA

Subscribed and sworn before me
October 26, 2017

DAVID L. WEST
US MAGISTRATE JUDGE