IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00414-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DESHANE WALL

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:49 pm, Nov 03, 2017
JEFFREY P. COLWELL, CLERK

---

**INDICTMENT**
**18 U.S.C. § 113(3) and**
**18 U.S.C. § 1153**

---

The Grand Jury charges:

### COUNT 1

On or about October 25, 2017, within the exterior boundaries of the Ute Mountain Ute Indian Reservation and within the State and District of Colorado, the defendant, DESHANE WALL, an Indian, assaulted C.W. by striking C.W. with a dangerous weapon (a metal object) with intent to cause C.W. bodily harm and without just cause or excuse.

All in violation of Title 18, United States Code, Section 113(3) and 1153.

### COUNT 2

On or about October 25, 2017, within the exterior boundaries of the Ute Mountain

Ute Indian Reservation and within the State and District of Colorado, the defendant, DESHANE WALL, an Indian, assaulted M.W. by striking M.W. with a dangerous weapon (a metal object) with intent to cause M.W. bodily harm and without just cause or excuse.

All in violation of Title 18, United States Code, Section 113(3) and 1153.

## COUNT 3

On or about October 25, 2017, within the exterior boundaries of the Ute Mountain Ute Indian Reservation and within the State and District of Colorado, the defendant, DESHANE WALL, an Indian, assaulted C.P. with a dangerous weapon (a metal object) with intent to cause C.P. bodily harm and without just cause or excuse.

All in violation of Title 18, United States Code, Section 113(3).

A TRUE BILL:

 "Ink signature on file in Clerk's Office"
FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

s/ *James M. Candelaria*
JAMES M. CANDELARIA
Assistant United States Attorney
United States Attorney's Office
103 Sheppard Dr. 215
Durango, Colorado  81303
(970) 247-1514 (fax) (970) 247-8619
E-mail:  james.m.candelaria@usdoj.gov